Mackenzie R. Morrison
Wyoming State Bar No. 8-6516
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
mackenzie.morrison@usdoj.gov

**FILED**



*2:53 pm, 3/18/26*

**Margaret Botkins
Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. ___26-CR-38-SWS___ |
| **WOLF ELKINS DURAN,** | |
| Defendant. | |

---

## MOTION FOR DETENTION HEARING

---

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    Eligibility of Case.  This case is eligible for a detention order because the case involves the following:

**Pursuant to 18 U.S.C. § 3142(f)(1)(A), this court shall hold a detention hearing upon a motion by the United States in a case that involves a crime of violence. "Crime of violence" is defined, in relevant part, as any crime under Chapter 110. 18 U.S.C. § 3156(a)(4). In this case, the Defendant is charged with a crime under Chapter 110, specifically, 18 U.S.C. § 2252A(a)(5)(B), (b)(2). Accordingly, this court shall hold a detention hearing and detain Defendant pending that hearing given the United States' request for a continuance of three days. 18 U.S.C. § 3142(f).**

2.      Reason for Detention.  The court should detain the Defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required nor the safety of any other person and the community.

3.      Rebuttable Presumption.   The United States will invoke the rebuttable presumption against the Defendant under § 3142(e).  The presumption applies because:

**There is probable cause to believe the Defendant committed an offense involving a minor victim under section 2252A(a)(2) (possession of child pornography – subsequent offense). 18. U.S.C. § 3142(e)(3)(E). And, pursuant to 18. U.S.C. § 3142(e)(3)(E), crimes involving a minor victim under 2242A(a)(2)(E) are offenses that are subject to the rebuttal presumption.**

4.      Time for Detention Hearing.  The United States requests the Court conduct the detention hearing:

**After a continuance of three days.**

DATED this _17ᵗʰ_ day of March, 2026.

DARIN D. SMITH
United States Attorney

By: _____
MACKENZIE R. MORRISON
Assistant United States Attorney